IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BYRON HOLMES<br><br>Plaintiff,<br><br>v.<br><br>GREENSTATE CREDIT UNION,<br><br>Defendant. | Civil Action No.<br><br>1:26-cv-05455-SEG |

**NOTICE OF DISMISSAL OF ACTION**

Plaintiff Byron Holmes, by his undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby dismisses this action with prejudice, and without fees or costs.

Respectfully submitted this 7th day of October, 2026.

**BARRETT & FARAHANY**

s/ *Jean C. Abreu*
Jean C. Abreu
Georgia Bar No. 575723
2921 Piedmont Road, NE
Atlanta, GA 30305
(404) 777-1782

**RASCO KLOCK LLC**

s/ *Blaine Bortnick*
Blaine Bortnick
260 Madison Avenue, 16th Floor
New York, New York 10016
(646) 970-4770

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BYRON HOLMES<br><br>Plaintiff,<br><br>v.<br><br>GREENSTATE CREDIT UNION,<br><br>Defendant. | Civil Action No.<br><br>1:26-cv-05455-SEG |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing *Notice of Dismissal of Action* with the Clerk of Court using the CM/ECF system and electronically mailed a copy of the same to counsel of record.

Respectfully submitted this 7th day of October, 2026.

**BARRETT & FARAHANY**

s/ *Jean C. Abreu*
Jean C. Abreu
Georgia Bar No. 575723
2921 Piedmont Road, NE
Atlanta, GA 30305
(404) 777-1782

**RASCO KLOCK LLC**

s/ *Blaine Bortnick*
Blaine Bortnick
260 Madison Avenue, 16th Floor
New York, New York 10016
(646) 970-4770